FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 9 - 2010

GREGORY C. LANGHAM
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. '10 - CV - 01890 BhB

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

ROBERT J. LANDRUM,

     Applicant,

v.

SUSAN JONES, Warden of Centennial Correctional Facility, and
JOHN SUTHERS, Colorado State Attorney General,

     Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted a letter to the court stating his intent to file a § 2254

habeas corpus action and a "Motion for Appointment of Counsel for Indigent Applicant."

He has failed either to pay the $5.00 filing fee or to file a Prisoner's Motion and Affidavit

for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. As part

of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that

the submitted documents are deficient as described in this order. Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action. Applicant

will be directed to cure the following if he wishes to pursue his claims. Any papers

which the Applicant files in response to this order must include the civil action number

on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  X    is not submitted
(2)  __    is missing affidavit
(3)  __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  X    is missing certificate showing current balance in prison account  (Account statement submitted is not certified by an appropriate official of Applicant's penal institution.)
(5)  __    is missing required financial information
(6)  __    is missing an original signature by the prisoner
(7)  __    is not on proper form (must use the court's current form)
(8)  __    names in caption do not match names in caption of complaint, petition or habeas application
(9)  __    An original and a copy have not been received by the court. Only an original has been received.
(10)  X    other:  Motion is necessary only if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:

(11)  X    is not submitted
(12)  __    is not on proper form (must use the court's current form)
(13)  __    is missing an original signature by the prisoner
(14)  __    is missing page nos. ___
(15)  __    uses et al. instead of listing all parties in caption
(16)  __    An original and a copy have not been received by the court. Only an original has been received.
(17)  __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)  __    names in caption do not match names in text
(19)  __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Applicant

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 5ᵗʰ day of August , 2010.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '10 – CV – 0 1 8 9 0

Robert J. Landrum
Prisoner No. 124611
Centennial Corr. Center
P.O. Box 300
Cañon City, CO 81215-0300


I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 forms** to the above-named individuals on ___8 9 10___


GREGORY C. LANGHAM, CLERK


By:_____
                    Deputy Clerk